# IN THE UNITED STATES DICTRICT COURT
# FOR THE ~~NORTHERN~~ Central DISTRICT OF WEST VIRGINIA

FILED

FEB 2 4 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Joshua Thomas Welch

*Your full name*

**STATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

v.

Central Regional Jail Prime Care Medical 1255 Dyer rd Sutton, WV 26601

Civil Action No.: 5:22 cv 31
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Blalock

*Enter above the full name of defendant(s) in this action*

I. **JURISDICTION**

This is a civil action brought pursuant to **42 U.S.C. § 1983.** The Court has jurisdiction over this action pursuant to Titel 28 U.S.C. §§ 1331 and 2201.

II. **PARTIES**

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A. Your Name: Joshua Thomas Welch

Inmate No.: 3652526

Address: St. Marys Correctional facility, 2880 N Pleasants Hwy

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B. Name of Defendant: Central Regional Jail, Prime Care Medical 1255 Dyer rd Sutton, WV 26601

Position: Correctional Officers
Place of Employment: Central Regional Jail
Address: 1255 Dyer RD Sutton, WV 26601

Was the Defendant acting under the authority or color of state law at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES" briefly explain: During Covid there was no hot water In the Regional Jail, and the CO's were still doing there Job

B.1   Name of Defendant: Correctional Officer Dill
Position: Correctional Officers
Place of Employment: Central regional Jail
Address: 1255 Dyer RD Sutton, WV 26601

Was the Defendant acting under the authority or color of state law at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES" briefly explain: Got Hot Water was out During Covid and Got Staff CO' was there doing his Job

B.2   Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

**Attachment A**

Was the Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☒ No

If your answer is "YES" briefly explain: _____

_____

_____

_____

B.3   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was the Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES" briefly explain: _____

_____

_____

_____

B.4   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

If your answer is "YES" briefly explain: _____

_____

**Attachment A**

_____

_____

B.5   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was the Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES" briefly explain: _____

_____

_____

_____

III.   PLACE OF PRESENT CONFINEMENT

NAME OF PRISON/Institution: St. Mary's CC and Jail

    A.   Is this where the events concerning your complaint took place?

       ☐ Yes    ☒ No

       If you answered "NO," where did the events occur?

       Central Regional Jail

    B.   Is there a prisoner grievance procedure in the institution where the events occurred?  ☒ Yes  ☐ No

    C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?  ☒ Yes  ☒ No

    D.   If your answer is "NO," explain why not   It was a Medical Reason

Attachment A

_____

_____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES.**

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state of federal court dealing with the same facts involved in this action?   ☐ Yes   ☑ No

B. If your answer is "YES," describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS."

1. Parties to this previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Court: _____
   *(If federal court, name the district; if state court, name the county)*

3. Case Number: _____

4. Basic Claim Made/Issues Raised: _____

   _____

5. Name of Judge(s) to whom case was assigned: _____

6. Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition.  **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?  ☒ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
   Tried to get Medical attention but got worse. with no hot water at the Jail due to the Boiler being out

E. Did you exhaust available administrative remedies?  ☒ Yes   ☐ No

F. If your answer is "YES," briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
   They couldn't do anything at the Jail untill the Boiler was fixed all together it took 8 months for New Boiler

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. §1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

1. Parties to previous lawsuit:

   Plaintiff(s): _____
   Defendant(s): _____

2. Name and location of court and docket number:

   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPES OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)*

CLAIM 1: During Covid there was no Hot water In the Regional Jail and I caught staff 30+ times on my head and face.

Supporting Facts: Documents at Medical In Central Regional Jail, All on Camera, Maintence fixing the New Boiler.

**Attachment A**

CLAIM 2: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

CLAIM 3: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

VI.   **INJURY**

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

The Back of My head got so bad and so much infection came out now my eyesight is Blury and I have really Bad Headaches and Sharp pain on my head

VII. **RELIEF**

State **BRIEFLY AND EXACTLY** what you want the Court to do for you. *Make no arguments. Cite no cases or statutes.*

I want the Court to do whats right and Make an example of the Jail and Medical Company so it doesn't Just happen to me, I want all my child support back paid in full, time loss for work and all my charges dropped and compensated for memory loss do to the damage to the back of my head

DECLARATION UNDER PANALTY OF PERJURY

The undersigned declares under panalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that information contained in the complaint is true and accurate. Titla 28 U.S.C. § 1746: 18 U.S.C. §1621.

Executed at <u>St. Mary's CC</u> on <u>12/31/2021</u>.
　　　　　　　(Location)　　　　　　　　　(Date)

　　　　　　　　　　　　　　　　*[signature: Joshua ____]*
　　　　　　　　　　　　　　　　Your Signature